G. Thomas Martin, III, Esq.  (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA  91436
T: (818) 907-2030; F: (818) 205-2730
tom@pricelawgroup.com

Attorneys for Plaintiff,
STEPHANIE PERUZZI

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE PERUZZI<br><br>          Plaintiff,<br><br>     vs.<br><br>REAL TIME RESOLUTIONS, INC.; and DOES 1 to 10, inclusive,<br><br>          Defendants. | **Case No.: CV12-7784-FMO(JEMx)**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS** |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff STEPHANIE PERUZZI against Defendant REAL TIME RESOLUTIONS, INC.; and DOES 1 TO 10, inclusive, are dismissed, with prejudice. Plaintiff STEPHANIE PERUZZI and Defendant REAL TIME RESOLUTIONS, INC. shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: March 27, 2013                    /s/   Fernando M. Olguin        .
                                         District Court Judge
                                         Central District of California